IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 22-cv-2112-RMR-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
JAMES MICHAEL JONES,

    Plaintiffs,

v.

CITY OF BOULDER, COLORADO,

    Defendant.

## ENTRY OF APPEARANCE

Luis A. Toro, of the City of Boulder, Colorado, City Attorney's Office, hereby enters his appearance on behalf of Defendant City of Boulder, Colorado.

Dated this 19th day of August 2022.

    Respectfully Submitted,

    *s/ Luis A. Toro*
    Luis A. Toro, Senior Attorney
    Boulder City Attorney's Office
    1777 Broadway
    Boulder, CO 80302
    Telephone: (303) 441-3020
    Fax: (303) 441-3859
    torol@bouldercolorado.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was furnished through the CM/ECF system to the following:

Barry K. Arrington
Arrington Law Firm
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
shaun@pearmanlawfirm.com

*s/ Lisa R. Thompson*
Lisa R. Thompson
Paralegal
