IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02112-RMR-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
JAMES MICHAEL JONES

    Plaintiffs,

v.

CITY OF BOULDER, COLORADO

    Defendant.

## DECLARATION OF JAMES MICHAEL JONES

1. My name is James Michael Jones. I am a Plaintiff in this matter. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the City of Louisville Municipal Code (the "Code"). For purposes of this Declaration, the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the Code.

3. I currently own and possess Banned Firearms. I desire to continue to own and possess the Banned Firearms. Moreover, I wish to potentially acquire more Banned Firearms; potentially transfer my currently owned Banned Firearms to members of my family and/or other persons in the City; and bequeath my Banned Firearms to my devisees who live in the City.

1

4.  I currently possess Banned Magazines. I wish to continue to possess, use and transfer Banned Magazines without fear of criminal prosecution.

I, James Michael Jones, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

*/s/ James M Jones*
James Michael Jones