## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02112-RMR-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
JAMES MICHAEL JONES

      Plaintiffs,

v.

CITY OF BOULDER, COLORADO

      Defendant.

_____

## TEMPORARY RESTRAINING ORDER
_____

1.      The Court GRANTS the motion for a temporary restraining order filed by Plaintiffs against Defendant.

2.      The Court **ENTERS** this Temporary Restraining Order on _____, 2022 at _____ __.M.  Fed. R. Civ. P. 65(b)(2).

3.      For purposes of this Order the term "Code" shall mean the Municipal Code of the City of Boulder, Colorado.

4.      The Court **ENJOINS** the Defendant from enforcing; attempting to enforce; threatening to enforce; or otherwise requiring compliance with:

(a)  The provisions of the Code prohibiting the possession, sale and/or transfer of "assault weapons" as that term is defined in the Code; and

(b)  The provisions of the Code prohibiting the possession, sale and/or transfer of "large-capacity magazines" as that term is defined in the Code.

1

5.      Unless the Court enters this Temporary Restraining Order, the Plaintiffs and/or their members will suffer irreparable harm.  Plaintiffs reasonably fear prosecution, including fines, arrest, and jail, if they carry firearms in public or possess, sell, transfer or acquire the firearms and magazines banned by the Code.

6.      Plaintiffs do not need to post a security bond because enjoining the Defendants from prohibiting Plaintiffs' exercise of their Second Amendment rights does not interfere with the Defendants' rights.  Fed. R. Civ.P. 65(c).

7.      The Court **GRANTS** Plaintiffs' request for Oral Argument on their motion for preliminary injunction.  The Court will hold a hearing on the preliminary injunction motion on _____, 2022 at _____ __.M..

BY THE COURT

_____

Judge, United States District Court