IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 22-cv-2112-RMR-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
JAMES MICHAEL JONES,

     Plaintiffs,

v.

CITY OF BOULDER, COLORADO,

     Defendant.

## JOINT MOTION FOR ORDER PARTIALLY STAYING ENFORCEMENT OF CITY ORDINANCE 8494

Plaintiffs ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and JAMES MICHAEL JONES, ("Plaintiffs") and Defendant THE CITY OF BOULDER, COLORADO ("Defendant" or "City") (hereinafter collectively referred to as the "Parties") submit this joint motion for order staying enforcement of portions of City Ordinance No. 8494 (attached as **EXHIBIT A**)[1], as more particularly set out herein, until such time as the Court issues an order as to the preliminary injunction motion that is part of Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 13).

1.     The City adopted an ordinance that went into effect on June 7, 2022, which amended its Municipal Code, Title 5 Article 8 (the "Amended Code") and which regulates the possession, use, transfer, and sale of certain "illegal weapons" within City limits. In their

---

[1] **EXHIBIT A** is the final version of the adopted Ordinance No. 8494, and the parties agree that this **EXHIBIT A** is also substituted for the Exhibit A attached to Plaintiffs' Complaint (Doc. 1-1).

Complaint, Plaintiffs assert that the Amended Code, as to its declaration and regulation of "assault weapons" and "large capacity magazines" ("LCMs"), violates their rights to keep and bear arms pursuant to the Second and Fourteenth Amendments to the United States Constitution. They seek declaratory judgment holding the provisions unconstitutional on their face or as applied to law-abiding adults (Doc. 1). Plaintiffs also filed a motion for temporary restraining order ("TRO") and for preliminary injunction requesting that the Court enter a TRO immediately and that it set this matter for consideration of their motion for a preliminary injunction (Doc. 13).

2. The Parties seek an order staying enforcement of all aspects of the following sections of Ordinance 8494: Section 5, codified as Boulder Revised Code Section 5-8-10 (Possession and sale of illegal weapons) and Section 8, codified as Boulder Revised Code Section 5-8-28 as such apply to assault weapons and LCMs. The Parties agree that the stay would not apply to "rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife or switchblade knife" as set out in Ordinance 8494, nor would the stay apply to any other provision of Ordinance 8494.[2]

3. Based on the City's agreement to stay those portions of Ordinance 8494 as described in paragraph 2 above, Plaintiffs agree to the withdrawal of their motion for TRO.

4. Additionally, the City's response to the Complaint is currently due September 12, 2022. The City hereby requests an extension of time up to and including 14 days following a ruling on Plaintiffs' motion for preliminary injunction to file a response to the Complaint, and Plaintiffs do not oppose the same.

Dated this 2nd day of September 2022.

---

[2] The Parties understand that the stay would include implementation of the certification provisions of Ordinance 8494 except as they may apply to the carved-out sections described herein.

        Respectfully Submitted,

        *s/ Barry K. Arrington*

        Barry K. Arrington
        ARRINGTON LAW FIRM
        3801 East Florida Avenue, Suite 830
        Denver, CO 80210
        (303) 205-7870 (phone)
        (303) 463-0410 (fax)
        barry@arringtonpc.com
        ATTORNEY FOR PLAINTIFFS

        and Shaun Pearman  and Eric P. Apjoke
        THE PEARMAN LAW FIRM, P.C.
        4195 Wadsworth Boulevard Wheat
        Ridge, CO 80033
        (303) 991-7600 (phone)
        (303) 991-7601 (fax)
        shawn@pearmanlawfirm.com
        eric@pearmanlawfirm.com
        ATTORNEYS FOR PLAINTIFFS


        *s/ Luis A. Toro*
        Teresa Taylor Tate, City Attorney
        Luis A. Toro, Senior Attorney
        BOULDER CITY ATTORNEY'S OFFICE
        1777 Broadway
        Boulder, CO 80302
        Telephone:  (303) 441-3020
        Fax:  (303) 441-3859
        tatet@bouldercolorado.gov
        torol@bouldercolorado.gov
        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____ 2022, a true and correct copy of the foregoing **JOINT MOTION FOR ORDER PARTIALLY STAYING ENFORCEMENT OF CITY ORDINANCE 8494** was furnished through the CM/ECF system to the following:

Barry K. Arrington
Arrington Law Firm
barry@arringtonpc.com

Shaun Pearman
Eric P. Apjoke
The Pearman Law Firm, P.C.
shaun@pearmanlawfirm.com
eric@pearmanlawfirm.com

Antonio J. Perez-Marques
Davis Polk & Wardwell LLP
Antonio.perez@davispolk.com

                                                      *s/ Laurie B. Nading*
                                                      Laurie B. Nading
                                                      Paralegal