**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 22-cv-2112-RMR-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
JAMES MICHAEL JONES,

      Plaintiffs,

v.

CITY OF BOULDER, COLORADO,

      Defendant.

---

**JOINT MOTION TO VACATE BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiffs ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and JAMES MICHAEL JONES, ("Plaintiffs") and Defendant THE CITY OF BOULDER, COLORADO ("Defendant" or "City") (hereinafter collectively referred to as the "Parties") submit this joint motion for an order staying briefing on Plaintiffs' motion for a preliminary injunction (Doc. 13) pending resolution of the unopposed motion for consolidation filed in Case No. 22-cv-1685-RM-NRN. (*See* Doc. 16.) In support of this Motion the Parties state:

1.      Plaintiffs filed the motion for preliminary injunction (Doc. 13) on August 25, 2022. Pursuant to D.C.COLO.LCivR. 7.1(d), the City's response to the motion is currently due Thursday, September 15, 2022.

2.      As set forth in the unopposed motion for consolidation (Doc. 40, Case No. 22-cv-1685-RM-NRN), the Town of Superior has requested that its response to the motion for

preliminary injunction filed in that case be due November 15, 2022, with Plaintiffs' reply due by December 16, 2022. Plaintiffs do not oppose this proposed briefing schedule.

3.      The following cases are presently pending:

A. *Rocky Mountain Gun Owners, et al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN;

B. *Rocky Mountain Gun Owners, et al. v. City of Louisville*, Civil Action No. 22-cv-2111-CNS-STV;

C. *Rocky Mountain Gun Owners, e. al. v. City of Boulder*, Civil Action No. 22-cv-2112-RMR-MEH; and

D. *Rocky Mountain Gun Owners, et al. v. Board of County Commissioners of Boulder County*, Civil Action No. 22-cv-2113-CNS-MEH.

4.      On August 30, 2022, the Town of Superior filed an unopposed motion to consolidate these cases (Doc. 40, Case No. 22-cv-1685-RM-NRN).  Notice of the motion to consolidate was filed in this action on August 30, 2022 (Doc. 16).

5.      In the motion for consolidation, a briefing schedule was proposed for the consolidated cases pursuant to which the Defendants' joint response to Plaintiffs' Motions for Preliminary Injunction would be due by November 15, 2022. Plaintiffs' reply would be due by December 16, 2022. Defendants' sur-reply would be due by January 5, 2023, and a Preliminary Injunction Hearing would be set at the Court's convenience in January 2023.

6.      Judge Moore has set a conference on September 16, 2022 to consider the motion for consolidation.

7.      The purpose of the schedule proposed in the motion for consolidation was to give all  Parties sufficient time to develop an adequate record regarding the issues related to the

motion for preliminary injunction.  The Parties agree that the schedule prescribed by the Local Rules would not give them sufficient time to develop the record adequately.

8. Accordingly, the Parties jointly move the Court to vacate the existing briefing schedule.  If the four cases are consolidated, a new briefing schedule can be set in the consolidated case.  If the four cases are not consolidated, the Parties will propose a new briefing schedule in this case that they believe will give them sufficient time to prepare an adequate record.

WHEREFORE, Plaintiffs and Defendant respectfully move the Court for an order vacating the current deadline for Defendant to file its response to Plaintiffs' motion for a preliminary injunction (Doc. 13).

Dated this 7th day of September 2022.

Respectfully Submitted,

*s/ Barry K. Arrington*
Barry K. Arrington
ARRINGTON LAW FIRM
3801 East Florida Avenue, Suite 830
Denver, CO 80210
(303) 205-7870 (phone)
(303) 463-0410 (fax)
barry@arringtonpc.com
ATTORNEY FOR PLAINTIFFS

and Shaun Pearman  and Eric P. Apjoke
THE PEARMAN LAW FIRM, P.C.
4195 Wadsworth Boulevard Wheat
Ridge, CO 80033
(303) 991-7600 (phone)
(303) 991-7601 (fax)
shawn@pearmanlawfirm.com
eric@pearmanlawfirm.com
ATTORNEYS FOR PLAINTIFFS

_s/ Luis A. Toro_
Teresa Taylor Tate, City Attorney
Luis A. Toro, Senior Attorney
BOULDER CITY ATTORNEY'S OFFICE
1777 Broadway
Boulder, CO 80302
Telephone:  (303) 441-3020
Fax:  (303) 441-3859
tatet@bouldercolorado.gov
torol@bouldercolorado.gov
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2022, a true and correct copy of the

foregoing **JOINT MOTION TO VACATE BRIEFING SCHEDULE FOR MOTION FOR**

**PRELIMINARY INJUNCTION** was furnished through the CM/ECF system to the following:

Barry K. Arrington
Arrington Law Firm
barry@arringtonpc.com

Shaun Pearman
Eric P. Apjoke
The Pearman Law Firm, P.C.
shaun@pearmanlawfirm.com
eric@pearmanlawfirm.com

Antonio J. Perez-Marques
Davis Polk & Wardwell LLP
Antonio.perez@davispolk.com

_s/ Laurie B. Nading_
Laurie B. Nading
Paralegal